UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

LISA FINE,   CIVIL ACTION NO.:

      Plaintiff,

v.

AMS MEDIATION GROUP LLC,

      Defendant.

_____/

## COMPLAINT

Comes now the Plaintiff, LISA FINE (hereinafter "FINE" or "Plaintiff"), by and through her undersigned counsel, and hereby files this Complaint against Defendant AMS MEDIATION GROUP LLC, (hereinafter "Defendant"), and alleges as follows:

### INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

3. Plaintiff is a natural person residing in Palm Beach County, Florida and is a consumer as defined by 15 U.S.C. § 1692a(3).

4. Defendant upon information and belief, is a New York Company engaged in the unauthorized business of collecting debts in this state with its principal place of business located at 1591 KENMORE AVE, BUFFALO, NEW YORK, 14217.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) and Florida Statute §559.55 (6).

## FACTUAL ALLEGATIONS

6. Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes.

7. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

8. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

9. On or about October 28, 2019, Defendant's collector contacted Plaintiff by telephone in an effort to collect this debt, which was a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

10. During this October 28, 2019 call, Defendant left a message on Plaintiff's cellular phone, failing to identify herself as a debt collector.

11. The above mentioned collection communications made to Plaintiff by Defendant's collection employee was made in violation of multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692d(6) and 15 U.S.C. § 1692e(11), amongst others.

12. The above-detailed conduct by this Defendant of harassing Plaintiff in an effort to collect this debt was a violation of multiple provisions of the FDCPA.

### COUNT I
### VIOLATION OF THE FAIR DEBT COLLECTION
### PRACTICES ACT15 U.S.C. § 1692 et seq.

13. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. The foregoing act and omission of the Defendant and its agent constitutes multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to this Plaintiff.

15. As a result of the Defendant's violation of the FDCPA, Plaintiff is entitled to statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from the Defendant herein.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for the following:

A. Declaratory judgment that defendants' conduct violated the FDCPA;

B. Actual damages.

C. Statutory damages pursuant to 15 U.S.C. § 1692k.

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k.

E. For such other and further relief as may be just and proper.

### DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this Action.

Signed this 27th day of December, 2019.

RESPECTFULLY SUBMITTED:

LAW OFFICES OF JORDAN I. WAGNER, P.A.
320 S.E. 18th Street
Fort Lauderdale, Florida 33316
Telephone: 954-491-9186
Facsimile:  954-692-9186

By: <u>*/S/ Jordan I. Wagner*</u>
Jordan Wagner, Esq.
Fla. Bar No.: 42775
jiw@jordanwagnerlaw.com